# REID, PEDERSEN, MCCARTHY & BALLEW, L.L.P.

ATTORNEYS AT LAW
www.rpmb.com

Russell J. Reid
Kenneth J. Pedersen
Michael R. McCarthy
David W. Ballew

Todd A. Lyon
Thomas A. Leahy

05-CV-00409-LTR

FILED
LODGED
RECEIVED    MAIL

May 24, 2005

MAY 25 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

Clerk
United States District Court
United States Courthouse
700 Stewart Street, Lobby Level
Seattle, WA 98101

Attention: Gail Glass

  Re: Northwest Administrators, Inc. v. Ryder Integrated Logistics, Inc.;
     USDC Cause No. C05-0409TSZ

Dear Ms. Glass:

  Pursuant to your telephone conversation with my assistant, Shelly Azus, on May 23, 2005, this letter is to confirm that you have granted a 30-day extension of time to file the Joint Status Report from May 27, 2005 to June 27, 2005.

  Thank you.

Yours very truly,

Russell J. Reid

RJR:sa
H:\01-01999\511\Ryder Integrated 413183 12-04\Correspondence\Clerk re ext of time to file JSR.doc